March 24, 1978

M. P. No. 78-50. WILLIAM J. TOOHEY, *in his capacity as City Solicitor of the City of Warwick, v.* THOMAS J. KILDAY *et al. v.* THOMAS F. MORGAN *et al.* The petition for certiorari is granted and the writ shall issue forthwith.

Chief Justice Bevilacqua did not participate. *William J. Toohey,* City Solicitor, for petitioner. *Manning, West, Santaniello & Pari, Thomas J. Curran,* for respondents.

March 27, 1978

M. P. No. 78-5. EDWARD J. DEMPSEY *v.* EUGENE P. PETIT, JR., *Registrar of Motor Vehicles.* The petition for a writ of certiorari is denied and dismissed.

Chief Justice Bevilacqua did not participate. *Felix A. Appolonia,* for petitioner. *F. Thomas O'Halloran, Stephen F. Mullen,* Office of Special Counsel, Attorney General's Department, for respondent.

M. P. No. 78-37. DAVID E. ZEILSTRA *v.* BARRINGTON ZONING BOARD OF REVIEW *et al.* Petition for writ of certiorari is granted, and the writ may issue forthwith.

Chief Justice Bevilacqua did not participate. *Oster, Fay, Groff & Prescott, George M. Prescott,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, Michael P. DeFanti,* for respondents.